1  Larry M. Kazanjian, SBN: 071441
2  Heather S. Candy, SBN: 205900
   PALMER KAZANJIAN WOHL HODSON LLP
3  520 Capitol Mall, Suite 600
   Sacramento, CA 95814
4  Telephone:   (916) 442-3552
   Facsimile:   (916) 442-3606
5
6  Attorneys for Defendant
   FOSTER DAIRY FARMS, INC.
7
8  James R. Grant, SBN: 254855
   McCormac & Associates
9  655 Montgomery Street, Suite 120
   Sacramento, CA 94111-2630
10 Telephone:   (415) 399-1722
   Facsimile:   (415) 399-1733
11
12 Attorneys for Plaintiff
   BRUCE BEAUDOIN

13              UNITED STATES DISTRICT COURT

14            IN THE EASTERN DISTRICT OF CALIFORNIA

15 | BRUCE BEAUDOIN,                  | Case No. 2:09-cv-02622-JAM-GGH
16 |         Plaintiff                | **STIPULATION REMANDING CIVIL ACTION TO STATE COURT; ORDER**
17 |     v.                           |
18 | FOSTER DAIRY FARMS and DOES 1 to 10, inclusive |
19 |         Defendants.              |

STIPULATION REMANDING CIVIL ACTION TO STATE COURT; ORDER

PALMER KAZANJIAN
WOHL HODSON LLP
520 Capitol Mall, Suite 600
Sacramento, CA 95814
916.442.3552

PDF created with pdfFactory trial version www.pdffactory.com

1  WHEREAS, on July 23, 2009 Plaintiff filed civil complaint Case No. 34-2009-
2  00053838 against Defendant in the Superior Court of California, County of Sacramento alleging
3  disability discrimination, failure to provide a reasonable accommodation and failure to engage in the
4  interactive process.

5  WHEREAS, on or about September 17, 2009 Defendant removed the action to the
6  United Stated District Court in the Eastern District of California.  Defendant contends that Plaintiff's
7  claims are subject to a Collective Bargaining Agreement, and that Plaintiff's claims are preempted
8  by the Labor Management Relations Act section 301, 29 U.S.C. section 185(a).

9  WHEREAS, Plaintiff disputes Defendant's contentions, specifically that his claims
10 are preempted by the Labor Management Relations Act section 301.  Plaintiff contends that this
11 Court lacks subject matter jurisdiction to hear Plaintiff's complaints.

12 Because the parties disagree as to Federal Court jurisdiction as stated above, it is
13 hereby stipulated by and between the parties hereto through their respective attorneys of record that

PALMER KAZANJIAN
WOHL HODSON LLP
520 CAPITOL MALL, SUITE 600
SACRAMENTO, CA 95814
916.442.3552

STIPULATION REMANDING CIVIL ACTION TO STATE COURT; ORDER    2.

PDF created with pdfFactory trial version www.pdffactory.com

the above civil action be remanded to the Superior Court of the County of Sacramento, State of California, under Case No. 34-2009-00053838.

Dated: October 8, 2009                                    McCORMAC & ASSOCIATES


By: /s/ James R. Grant
    James R. Grant

Attorneys for Plaintiff
BRUCE BEAUDOIN

Dated: October 8, 2009                                    PALMER KAZANJIAN WOHL HODSON LLP


By: /s/ Larry M. Kazanjian
    Larry M. Kazanjian

Attorneys for Defendant
FOSTER DAIRY FARMS, INC.

## ORDER OF REMAND

It is hereby ordered that the above civil action be remanded to Superior Court of the State of California, in and for the County of Sacramento, under Case No. 34-2009-00053838.

Dated: October 8, 2009                                    /s/ John A. Mendez
    JOHN A. MENDEZ
    Judge of the United States District Court

PDF created with pdfFactory trial version www.pdffactory.com